[Nos. 12351-1-III; 12648-0-III   Division Three.   March 22, 1994.]
12649-8-III; 12650-1-III; 12651-0-III.

N.H., ET AL, *Appellants*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Yakima
County, Nos. 91-7-00161-5, 91-7-00171-2, 91-7-00172-1, 91-
7-00173-9, 91-7-00174-7, Ted Kolbaba, J., entered December
24, 1991. *Affirmed* by unpublished opinion per Schultheis, J.,
concurred in by Thompson, C.J., and Sweeney, J.

[No. 12561-1-III.   Division Three.   March 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE
ALTON PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 92-1-00350-9, Susan L. Hahn, J., entered July 1,
1992. *Affirmed* by unpublished opinion per Schultheis, J.,
concurred in by Thompson, C.J., and Munson, J.

[No. 15044-1-II.   Division Two.   March 24, 1994.]

THELMA LOUISE KOLBO, ET AL, *Appellants*, v. RENEE
KRISTINE NADEAU, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-2-09532-6, Terry D. Sebring, J., entered May
10, 1991. *Affirmed* by unpublished opinion per Seinfeld, J.,
concurred in by Morgan, C.J., and Houghton, J.